

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 3:25-CR-155 |
| ) | |
| v. ) | Count One: |
| ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| ATIO TERRAIN WALTON, ) | Possession with Intent to Distribute Cocaine Base |
| Defendant. ) | |
| ) | Count Two: |
| ) | 18 U.S.C. § 922(g)(1) |
| ) | Possession of a Firearm by a Felon |
| ) | |
| ) | Forfeiture Notice |

### INDICTMENT

**November 2025 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Possession with Intent to Distribute Cocaine Base)*

On or about July 10, 2025, in the Eastern District of Virginia, the defendant, ATIO TERRAIN WALTON, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

### COUNT TWO
*(Possession of a Firearm by a Felon)*

On or about July 10, 2025, in the Eastern District of Virginia and elsewhere, the defendant, ATIO TERRAIN WALTON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to

wit, a Charter Arms revolver, model Bulldog, caliber .44 Special, bearing serial number 22C07255, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offenses charged; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged.

If convicted of the offenses charged in Count Two of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offenses charged, to include a Charter Arms revolver, model Bulldog, caliber .44 Special, bearing serial number 22C07255, accompanying ammunition and ammunition magazines.

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)) and Title 21, United States Code, Section 853(p).)

A TRUE BILL

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By: *[signature]*
Stephen E. Anthony
Assistant United States Attorney

Katherine E. Groover
Special Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office